UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SALAZAR,<br><br>　　　　　Defendant. | No. 2:17-cv-1312 CKD P<br><br><br>ORDER |

Plaintiff, a federal prisoner at the Federal Correctional Instituion in Herlong, has filed a document the court construes as a civil complaint. To proceed, plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to submit an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing

/////

/////

---

[1] If leave to proceed in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

fee in the amount of $400.00.[2]  Plaintiff's failure to comply with this order will result in dismissal.

      2.  The Clerk of the Court is directed to send plaintiff the court's application to proceed in forma pauperis by a prisoner.

Dated: June 29, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
barn1312.ifp

---

[2]  The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee.  If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.