UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARNEY,<br><br>        Plaintiff,<br><br>   v.<br><br>SALAZAR,<br><br>        Defendant. | No. 2:17-cv-1312 CKD P<br><br><br>ORDER |

On July 24, 2017, plaintiff was ordered to either pay the filing fee or file a completed in forma pauperis application by August 29, 2017, and was cautioned that failure to do so would result in dismissal. Plaintiff has not paid the filing fee, filed an application to proceed in forma pauperis, nor explained his inaction. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of Court shall close this case.

Dated: September 19, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
barn1312fifp